**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
GABRIELA SCHIOP,                              :
                                              :
                         Plaintiff,           :     19-CV-7843 (JPO) (OTW)
                                              :
                -against-                     :     SCHEDULING ORDER
                                              :
PROACTIVE INVESTORS LLC, et al.,              :
                                              :
                         Defendants.          :
                                              :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

In light of the COVID-19 pandemic and the mediator's report indicating that the parties have settled, the initial conference scheduled for April 9, 2020 is hereby adjourned *sine die*. (*See* ECF 22).

**SO ORDERED.**

|  |  |
|---|---|
| Dated: April 7, 2020 | _s/ Ona T. Wang_ |
| New York, New York | **Ona T. Wang** |
|  | United States Magistrate Judge |